JENNER & BLOCK LLP
TODD C. TORAL (SBN 197707)
ttoral@jenner.com
633 West 5th Street
Los Angeles, CA  90071-2054
Telephone:   (213) 239-5100
Facsimile:    (213) 239-5199

BRIAN J. FISCHER (*pro hac vice* application to be filed)
bfischer@jenner.com
RÉMI J.D. JAFFRÉ (*pro hac vice* application to be filed)
rjaffre@jenner.com
919 Third Avenue
New York, NY  10022-3908
Telephone:   (212) 891-1600
Facsimile:    (212) 891-1699

Attorneys for Empros Capital LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EMPROS CAPITAL LLC, *a California Limited Liability Company*,<br><br>                                    Plaintiff,<br><br>      v.<br><br>GARY ROSENBACH, *an individual*,<br><br>                                    Defendant. | Case No.: 3:20-CV-6788<br><br>**DECLARATION OF TODD C. TORAL, ESQ., IN SUPPORT OF ADMINISTRATIVE MOTION OF EMPROS CAPITAL LLC FOR LEAVE TO FILE UNDER SEAL** |

Pursuant to 28 U.S.C. § 1746, I, Todd C. Toral, Esq., state and declare as follows:

1. I am a partner at the law firm Jenner & Block LLP ("Jenner"), counsel for Plaintiff Empros Capital LLC ("Empros"). I submit this declaration in support of Empros's Administrative Motion for Leave to File Portions of Empros Capital LLC's Verified Complaint and Attached Exhibits Under Seal ("Motion"). Unless otherwise stated, this declaration is based on my personal knowledge and my review of and familiarity with the record in this case. If called upon to testify, I could and would competently testify thereto.

2. As explained in the Motion and in the accompanying Declaration of Alex Fishman, material in the Verified Complaint and attached exhibits contains information that, if publicly disclosed, would cause significant harm to Empros's competitive standing and ability to do business.

**Exhibits**

3. Attached as collective **Exhibit A** are true and correct copies of a redacted version and unredacted version of Exhibit A to Empros's Verified Complaint.

4. Attached as collective **Exhibit B** are true and correct copies of a redacted version and unredacted version of Exhibit B to Empros's Verified Complaint.

5. Attached as **Exhibit C** is a true and correct copy of an unredacted version of Exhibit C to Empros's Verified Complaint.

6. Attached as **Exhibit D** is a true and correct copy of an unredacted version of Exhibit D to Empros's Verified Complaint.

7. Attached as **Exhibit E** is a true and correct copy of an unredacted version of Exhibit E to Empros's Verified Complaint.

8. Attached as **Exhibit F** is a true and correct copy an unredacted version of Exhibit F to Empros's Verified Complaint.

9. Attached as **Exhibit G** is a true and correct copy an unredacted version of Exhibit G to Empros's Verified Complaint.

10. Attached as **Exhibit H** is a true and correct copy of an unredacted version of Exhibit H to Empros's Verified Complaint.

11. Attached as **Exhibit I** is a true and correct copy of an unredacted version of Exhibit I to

Empros's Verified Complaint.

12. Attached as **Exhibit J** is a true and correct copy of an unredacted version of Exhibit J to Empros's Verified Complaint.

13. Attached as **Exhibit K** is a true and correct copy of an unredacted version of Exhibit K to Empros's Verified Complaint.

14. Attached as **Exhibit L** is a true and correct copy of an unredacted version of Exhibit L to Empros's Verified Complaint.

15. Attached as **Exhibit M** is a true and correct copy of an unredacted version of Exhibit M to Empros's Verified Complaint.

16. Attached as **Exhibit N** is a true and correct copy of an unredacted version of Exhibit N to Empros's Verified Complaint.

17. Attached as **Exhibit O** is a true and correct copy of an unredacted version of Exhibit O to Empros's Verified Complaint.

18. Attached as **Exhibit P** is a true and correct copy of an unredacted version of Exhibit P to Empros's Verified Complaint.

19. Attached as **Exhibit Q** is a true and correct copy of an unredacted version of Exhibit Q to Empros's Verified Complaint.

20. Attached as collective **Exhibit R** are true and correct copies of a redacted version and unredacted version of Exhibit R to Empros's Verified Complaint.

21. Attached as collective **Exhibit S** are true and correct copies of a redacted version and unredacted version of Exhibit S to Empros's Verified Complaint.

22. Attached as collective **Exhibit T** are true and correct copies of a redacted version and unredacted version of Exhibit T to Empros's Verified Complaint.

23. Attached as collective **Exhibit U** are true and correct copies of a redacted version and unredacted version of Exhibit U to Empros's Verified Complaint.

24. Attached as collective **Exhibit V** are true and correct copies of a redacted version and unredacted version of Exhibit V to Empros's Verified Complaint.

25. Attached as collective **Exhibit W** are true and correct copies of a redacted version and

unredacted version of Exhibit V to Empros's Verified Complaint.

26. Attached as collective **Exhibit X** are true and correct copies of a redacted version and unredacted version of Empros's Verified Complaint.

27. Empros is unable to obtain a stipulation from Defendant Gary Rosenbach because the Complaint has not yet been served on him, and because Empros did not believe it could provide prior notice of the Complaint and its contents without potentially prejudicing Empros's interests. Once Mr. Rosenbach has been served and has had an opportunity to consider the matter, Empros intends to confer with his counsel over an appropriate stipulation concerning the sealing of documents in this matter going forward.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of September in Los Angeles, California.

_____
Todd C. Toral