JENNER & BLOCK LLP
TODD C. TORAL (SBN 197707)
ttoral@jenner.com
633 West 5th Street
Los Angeles, CA  90071-2054
Telephone:   (213) 239-5100
Facsimile:   (213) 239-5199

BRIAN J. FISCHER (*pro hac vice* application to be filed)
bfischer@jenner.com
RÉMI J.D. JAFFRÉ (*pro hac vice* application to be filed)
rjaffre@jenner.com
919 Third Avenue
New York, NY  10022-3908
Telephone:   (212) 891-1600
Facsimile:   (212) 891-1699

Attorneys for Empros Capital LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EMPROS CAPITAL LLC, a California Limited Liability Company,<br><br>                             Plaintiff,<br><br>     v.<br><br>GARY ROSENBACH, an individual,<br><br>                             Defendant. | Case No.: 3:20-cv-6788<br><br>**PLAINTIFF EMPROS CAPITAL LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Empros Capital LLC, by its undersigned counsel, certifies that Empros Capital LLC has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Fishman Enterprises LLC: sole member of Empros Capital LLC, and
- Alex Fishman: sole member of Fishman Enterprises LLC.

Dated: September 29, 2020

JENNER & BLOCK LLP

By: *[signature]*
TODD C. TORAL

Attorneys for Empros Capital LLC