UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMPROS CAPITAL LLC,
Plaintiff,

v.

GARY ROSENBACH,
Defendant.

Case No. 3:20-cv-06788-WHO

**ORDER EXTENDING BRIEFING SCHEDULE, VACATING AND SETTING HEARING DATE**

Re: Dkt. No. 22

Plaintiff Empros Capital LLC ("Empros") moved for a temporary restraining order to enjoin a related arbitration proceeding. Dkt. No. 10. Based on the parties' representations, the arbitration appeared to be held in abeyance. Accordingly, because there was no need to proceed on an expedited basis, I determined that I would treat the motion as one for a preliminary injunction and it would proceed according to a regular schedule. Dkt. No. 19. The parties have stipulated to a briefing schedule that extends their deadlines to respond beyond those I set. Dkt. No. 22. I GRANT their request. Defendant Gary Rosenbach's opposition shall be due October 21, 2020; Empros's reply shall be due October 28, 2020. Because the parties have extended their briefing, I VACATE the hearing set for November 4, 2020 and set a new hearing on the motion for November 10, 2020 at 2:00 pm.

**IT IS SO ORDERED.**

Dated: October 14, 2020



William H. Orrick
United States District Judge

United States District Court
Northern District of California