UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPROS CAPITAL LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GARY ROSENBACH,<br><br>    Defendant. | Case No. 20-cv-06788-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 42 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: December 17, 2020

_____
WILLIAM H. ORRICK
United States District Judge